UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

**ARIK MAYERNICK,** individually and on behalf of all others similarly situated,

*Plaintiff*,

*v.*

**ZIP CAPITAL GROUP LLC**,

*Defendant.*

Case No. 2:23-cv-12306-GAD-CI

# STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Mayernick and Defendant Zip Capital Group LLC hereby stipulate to the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

DATED this 21st day of May, 2024. Respectfully submitted,

By: /s/ *Avi R. Kaufman*
Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 S Dixie Hwy, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Attorneys for Plaintiff and the putative Classes*

By: /s/ *David J. Kaminski*
David J. Kaminski
kaminskid@cmtlaw.com
CARLSON & MESSER LLP

5901 West Century Blvd., Suite 1200
Los Angeles, CA 90045
Telephone: (305) 469-5881

*Attorneys for Defendant*