UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ARIK MAYERNICK,

      Plaintiff,                                 Case No. 23-cv-12306
                                              Hon. Matthew F. Leitman

v.

ZIP CAPITAL GROUP LLC,

      Defendant.

_____/

## ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Mayernick and Defendant Zip Capital Group LLC filed a stipulation of dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED**.

                                                s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: May 22, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 22, 2024, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan
                                                Case Manager
                                                (313) 234-5126